# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155413(41)

SUSAN BLACKWELL,
      Plaintiff-Appellee,

v

DEAN FRANCHI and DEBRA FRANCHI,
      Defendants-Appellants.
_____/

SC: 155413
COA: 328929
Oakland CC: 2014-141562-NI

On order of the Chief Justice, the motion of the Michigan Manufacturers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 16, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2018



Clerk